

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-22-00712-CV

ERNEST POLK, Appellant

V.

TEXAS OFFICE OF CONSUMER CREDIT COMMISSIONER, Appellee

Appeal from the 281st District Court of Harris County.   (Tr. Ct. No. 2018-04375).

This case is an appeal from the final judgment signed by the trial court on September 7, 2022.   After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error.   Accordingly, the Court **affirms** the trial court's judgment.

The Court **orders** that the appellant, Ernest Polk, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered September 17, 2024.

Panel consists of Chief Justice Adams and Justices Landau and Rivas-Molloy.   Opinion delivered by Justice Rivas-Molloy.